

**NUMBER 13-20-00429-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

**IN RE SANTOS VALENTIN RAMOS**

**On Petition for Writ of Mandamus.**

**ORDER**

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Order Per Curiam**

Relator Santos Valentin Ramos filed a petition for writ of mandamus and an emergency motion to stay trial court proceedings in the above referenced cause on October 16, 2020. Relator contends that the trial court has abused its discretion by granting real party in interest Taylor Leann Shafer's motion for new trial and in setting a hearing on temporary orders.

The Court, having examined and fully considered the emergency motion, is of the opinion that it should be granted. Accordingly, we GRANT the emergency motion and

ORDER all trial court proceedings to be STAYED pending further order of this Court. *See* TEX. R. APP. P. 52.10.

The Court requests that the real party in interest, Taylor Leann Shafer, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of seven days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of October, 2020.